# COMPOSITE EXHIBIT A

IN THE CIRCUIT/COUNTY COURT OF THE 5th JUDICIAL CIRCUIT
IN AND FOR Hernando COUNTY, FLORIDA

Phillip Gray

CASE NO. 2018 CA 1196

**Plaintiff/Petitioner or In the Interest Of**
vs.
Uber, Inc et al
**Defendant/Respondent**

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence you must enroll in the clerk's office payment plan and pay a one-time administrative fee of $25.00. This fee shall not be charged for Dependency or Chapter 39 Termination of Parental Rights actions.

1. I have __1__ dependents. *(Include only those persons you list on your U.S. Income tax return.)*
   Are you Married? ✓Yes   No   Does your Spouse Work?...Yes ✓No   Annual Spouse Income? $_____

2. I have a net income of $ __Zero__ paid   weekly   every two weeks   semi-monthly   monthly   yearly   other _____.

*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)*

3. I have other income paid   weekly   every two weeks   semi-monthly ✓ monthly   yearly   other _____.
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")*

| | | | |
|---|---|---|---|
| Second Job............................Yes $ _____ No | | Veterans' benefits.....................Yes $ 3,139.23 No |
| Social Security benefits | | Workers compensation................Yes $ _____ No |
|   For you..........................Yes $ 1,023.00 No | | Income from absent family members....Yes $ _____ No |
|   For child(ren)..................Yes $ _____ No | | Stocks/bonds..........................Yes $ _____ No |
| Unemployment compensation..........Yes $ _____ No | | Rental income.........................Yes $ _____ No |
| Union payments......................Yes $ _____ No | | Dividends or interest.................Yes $ _____ No |
| Retirement/pensions.................Yes $ _____ No | | Other kinds of income not on the list..Yes $ _____ No |
| Trusts..............................Yes $ _____ No | | Gifts.................................Yes $ _____ No |

I understand that I will be required to make payments for fees and costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | | |
|---|---|---|---|
| Cash................................Yes $ _____ No | | Savings account......................Yes $ _____ No |
| Bank account(s).....................Yes $ 465.00 No | | Stocks/bonds.........................Yes $ _____ No |
| Certificates of deposit or | | Homestead Real Property*.............Yes $ _____ No |
| money market accounts...............Yes $ _____ No | | Motor Vehicle*.......................Yes $ _____ No |
| Boats*..............................Yes $ _____ No | | Non-homestead real property/real estate*....Yes $ _____ No |

*show loans on these assets in paragraph 5

Check one: I   DO  ✓DO NOT expect to receive more assets in the near future. The asset is _____.

5. I have total liabilities and debts of $ 2,505.00 as follows: Motor Vehicle $ 525.00, Home $ 1,025.00, Other Real Property $ _____, Child Support paid direct $ _____, Credit Cards $ _____, Medical Bills $ 200.00, Cost of medicines (monthly) $ 75.00, Other $ 880.00.

6. I have a private lawyer in this case............ Yes (No)

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information I have provided on this application is true and accurate to the best of my knowledge.**

Signed this __6th__ day of __October__, 20__18__.

__01/11/1953__    __G600-679-53-011-0__
Date of Birth    Driver's License or ID Number

Signature of Applicant for Indigent Status
Print Full Legal Name _____
Phone Number: __317-717-5179__

__10105 Bannister St. Spring Hill, FL 34608__
Address, P O Address, Street, City, State, Zip Code

**CLERK'S DETERMINATION**
Based on the information in this Application, I have determined the applicant to be ( ) Indigent (✓) Not Indigent, according to 57.082, F.S.
Dated this __10th__ day of __October__, 20__18__        Clerk of the Circuit Court by __Michele__ [signature]

This form was completed with the assistance of: _____
                                                 Clerk/Deputy Clerk/Other authorized person.

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME.**
THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision __[signature]__

UNOFFICIAL DOCUMENT

| | | |
|---|---|---|
| STATE OF FLORIDA | ) | IN THE HERNANDO COUNTY CIRCUIT COURT |
| | )ss: | |
| COUNTY OF HERNANDO | ) | CAUSE NO. 2018 CA 1196 |

| | |
|---|---|
| PHILLIP GRAY | ) |
|   PLAINTIFF | ) |
|     vs | ) |
| UBER, INC. | ) |
| UNKNOWN INDIVIDUAL | ) |
|   RESPONDENTS | ) |

### ADDENDUM TO APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

Comes now the Plaintiff to submit this Addendum to his Application of Civil Indigent Status filed on October 9, 2018.

Plaintiff wishes to inform the Court that the Plaintiff and his wife help to support their 2.5 year old grandson. The grandson's mother is stricken with Huntington's Disease and is currently in a nursing home in Indiana. The Plaintiff's step-son, the father of his grandson, lives with the Plaintiff and is currently unemployed. The Plaintiff knows that this does not constitute as legal dependents but request that the court to consider the circumstances. The Plaintiff and his wife, who is also disabled, are currently the sole support for their grandson as the father is unable to contribute to his support.

The Plaintiff also wishes the Court to know that he is a 100% Disabled Vietnam Veteran and therefore has an extremely limited income. An explanation of "Cost of Other" on the Application for Determination of Civil Indigent Status is given below. The Plaintiff requests the Court to consider that, after expenses, the Plaintiff only has $707.23 to cloth and feed 4 people each month.

| Expense | Amount |
|---|---|
| Water | $30.00 |
| Electric | $300.00 |
| Phone | $150.00 |
| Cable | $150.00 |
| Auto Insurance | $400.00 |
| Total | $880.00 |

The Plaintiff is grateful for the Court taking into consideration this Addendum to his request for Civil Indigent Status and allowing this case to be filed.

_(signature)_

Phillip Gray
10105 Bannister St.
Spring Hill, FL 34608
pwgray@pwgray.com
pwgray53@gmail.com
317-717-5179

UNOFFICIAL DOCUMENT

| | | |
|---|---|---|
| STATE OF FLORIDA | )<br>)ss:<br>) | IN THE HERNANDO COUNTY CIRCUIT COURT<br>CAUSE NO. 2018 CA 1196 |
| COUNTY OF HERNANDO | | |

PHILLIP GRAY                )
  PLAINTIFF                  )
      vs                     )
UBER, INC.                   )
UNKNOWN INDIVIDUAL           )
  RESPONDENTS                )

### Parties

**Plaintiff:**

Phillip Gray
10105 Bannister St.
Spring Hill, FL
34608

**Respondents:**

Uber, Inc.
405 Howard St.
San Francisco, CA
94105

Unknown Person
Name Unknown
Address Unknown
City, State Unknown, Unknown
Zip Unknown

### Compliant

Comes now the Plaintiff, Phillip Gray, Pro Se to file a complaint against the Respondents, Uber, Inc and an Unnamed individual for accusing the Plaintiff of Sexual Harassment against the Unnamed individual, a rider of Uber's assigned to the Plaintiff. The Unnamed individual is unnamed due to the refusal of Uber to identify the individual, although the Plaintiff has made repeated requests for this information.

The Plaintiff, operating as an Uber driver, picked up an individual on September 9, 2018 and drove them to the location they requested. Later that same night Uber informed the Plaintiff that that rider had accused him of Sexual Harassment and that his Account with Uber would be permanently deactivated. Uber did deactivate the Plaintiff's account, making it so that the Plaintiff would not be allowed to transport any more Uber riders. Uber deactivated the Plaintiff's account prior to this notification and refusing to give the Plaintiff a chance to respond or defend himself in any way. Therefore, Uber violated the Plaintiff's Constitutional right of being innocent until proven guilty, the right to confront witnesses against him, and any right to defend his good name.

Filed For Record
Don Barbee, Jr.
Clerk of Circuit Court
Hernando County
Brooksville, Florida 34601
October 10, 2018
Date-Deputy Clerk

Uber has, subsequently, passed this false accusation along to other companies, individuals, and others since his account was deactivated. Due to this act of Defamation of Character by both Uber and the Rider, the Plaintiff has lost hundreds of thousands of dollars he had the potential to earn over the next 10 years.

Uber and the unnamed rider are, therefore, guilty of defaming the good name of the Plaintiff and accusing him of a criminal act, Sexual Harassment.

Therefore, the Plaintiff is requesting that the Court order Uber and the unnamed Respondent to pay the Plaintiff One Million Dollars ($1,000,000.00) in both actual damages and punitive damages for defaming the good reputation of the Plaintiff. Further, the Plaintiff requests the Court to order Uber to identify the name, address, city, state, zip code, email address, and the phone number of the person who began the defamation, in effect the unnamed person that is listed in this complaint.

Wherefore, the Plaintiff Moves the Court to Grant the Plaintiff all the compensation herein requested and for all other relief just and proper.

_[signature]_

Phillip Gray
10105 Bannister St.
Spring Hill, FL 34608
pwgray@pwgray.com
pwgray53@gmail.com
317-717-5179

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075. (See instructions for completion.)

I.   **CASE STYLE**

                                                  (Name of Court)

Plaintiff _PHILLIP GRAY_                          Case #: _2018 CA 1196_

                                                          Judge: _____

vs.

Defendant _UBER INC, ET AL_

II.   **TYPE OF CASE**    (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ Condominium $50,000
☐ Contracts and indebtedness $249,999
☐ Eminent domain more
☐ Auto negligence
☐ Negligence—other
   ☐ Business governance
   ☐ Business torts
   ☐ Environmental/Toxic tort
   ☐ Third party indemnification
   ☐ Construction defect
   ☐ Mass tort $249,999
   ☐ Negligent security
   ☐ Nursing home negligence
   ☐ Premises liability—commercial
   ☐ Premises liability—residential
☐ Products liability
☐ Real property/Mortgage foreclosure
   ☐ Commercial foreclosure $0 - $50,000
   ☐ Commercial foreclosure $50,001 - $249,999
   ☐ Commercial foreclosure $250,000 or more

☐ Homestead residential foreclosure $0 -
☐ Homestead residential foreclosure $50,001 -
☐ Homestead residential foreclosure $250,000 or more
☐ Nonhomestead residential foreclosure $0 - $50,000
☐ Nonhomestead residential foreclosure $50,001 - $249,999
☐ Nonhomestead residential foreclosure $250,000 or more
☐ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 -
☐ Other real property actions $250,000 or more
☐ Professional malpractice
   ☐ Malpractice—business
   ☐ Malpractice—medical
   ☐ Malpractice—other professional
☒ Other
   ☐ Antitrust/Trade regulation
   ☐ Business transactions
   ☐ Constitutional challenge—statute or ordinance

☐ Constitutional challenge—proposed amendment
☐ Corporate trusts
☐ Discrimination—employment or other
☐ Insurance claims
☐ Intellectual property

☑ Libel/Slander
☐ Shareholder derivative action
☐ Securities litigation
☐ Trade secrets
☐ Trust litigation

III. **REMEDIES SOUGHT** (check all that apply):
☑ monetary;
☐ nonmonetary declaratory or injunctive relief;
☐ punitive

IV. **NUMBER OF CAUSES OF ACTION:** [ 1 ]
(specify) _____

_____

V. **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☑ no

VI. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☑ no
☐ yes If "yes," list all related cases by name, case number, and court.

_____

_____

VII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☑ yes
☐ no

_____

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.
Signature _____                               Fla. Bar # _____

_____ Attorney or party                        (Bar # if attorney
PHILLIP CRAY                                             OCTBER, 10, 2018
(type or print name)                                     Date

| | | |
|---|---|---|
| STATE OF FLORIDA | ) | IN THE HERNANDO COUNTY CIRCUIT COURT |
| | )ss: | |
| COUNTY OF HERNANDO | ) | CAUSE NO. 2018 CA 1196 |

| | |
|---|---|
| PHILLIP GRAY | ) |
|   PLAINTIFF | ) |
|     vs | ) |
| UBER, INC. | ) |
| UNKNOWN INDIVIDUAL | ) |
|   RESPONDENTS | ) |

## CERTIFICATE OF APPEARANCE

Comes now the Plaintiff, Phillip Gray, Pro Se to enter his Certificate of Appearance as a Pro Se Litigant in the above encaptioned cause.

_____
Phillip Gray
10105 Bannister St.
Spring Hill, FL 34608
pwgray@pwgray.com
pwgray53@gmail.com
317-717-5179

## CERTIFICATE OF SERVICE

The Plaintiff, Phillip Gray, Pro Se, hereby certifies that a true and exact copy of the forgoing has been served upon the Respondent, Uber, Inc, at 405 Howard St. San Francisco, CA 94105 by First Class U.S, Mail this _____ day of _____, 2018.

_____
Phillip Gray, Pro Se

UNOFFICIAL DOCUMENT

| STATE OF FLORIDA | ) | IN THE HERNANDO COUNTY CIRCUIT COURT |
|---|---|---|
| | )ss: | |
| COUNTY OF HERNANDO | ) | CAUSE NO. ___2018-CA-1196___ |

| PHILLIP GRAY | ) |
|---|---|
|   PLAINTIFF | ) |
|     vs | ) |
| UBER, INC. | ) |
| UNKNOWN INDIVIDUAL | ) |
|   RESPONDENTS | ) |

## MOTION FOR RECONSIDERATION OF INDIGENT STATUS

Comes now the Plaintiff, Phillip Gray, Pro Se to Move that the Court reconsider his request to allow the Plaintiff to file this case under Indigent status. In support of this Motion the Plaintiff states, to wit:

1.) The Plaintiff is a 100% Disabled Vietnam Veteran and lives solely his disability income.

2.) The Plaintiff and his wife, who is also disabled, help to support their 2.5 year old grandson. The grandson's mother is stricken with Huntington's Disease and is currently in a nursing home in Indiana. The Plaintiff's step-son, the father of his grandson, lives with the Plaintiff and is currently unemployed. The Plaintiff knows that this does not constitute as legal dependents but request that the court to consider the circumstances. The Plaintiff and his wife, who is also disabled, are currently the sole support for their grandson as the father is unable to contribute to his support.

3.) The Plaintiff has an extremely limited income. An explanation of "Cost of Other" on the Application for Determination of Civil Indigent Status is given below. The Plaintiff requests the Court to consider that, after expenses, the Plaintiff only has $707.23 to cloth and feed 4 people each month.

| Expense | Amount |
|---|---|
| Water | $30.00 |
| Electric | $300.00 |
| Phone | $150.00 |
| Cable | $150.00 |
| Auto Insurance | $400.00 |
| Total | $880.00 |

4.) The Plaintiff's only steady income comes from his Disability income, which in most cases is not counted as income (eg. Not counted as income for tax purposes). Therefore, the Plaintiff's Social Security and VA disability income should not be counted for purposes of indigent status.

5.) The Plaintiff, as is shown above, is unable to afford the filing fees to file this case. Forcing the Plaintiff to pay the filing fees is tantamount to denying the Plaintiff access to legal remedies.

Wherefore the Plaintiff Moves the Court to Reconsider his Request for Indigent Status and allow this case to be filed under Indigent status and for all other relief just and proper.

*/s/ Phillip Gray*
Phillip Gray
10105 Bannister St.
Spring Hill, FL 34608
pwgray@pwgray.com
pwgray53@gmail.com
317-717-5179

## CERTIFICATE OF SERVICE

The Plaintiff, Phillip Gray, Pro Se, hereby certifies that a true and exact copy of the forgoing has been served upon the Respondent, Uber, Inc, at 405 Howard St. San Francisco, CA 94105 this 15th day of OCTOBER, 2018.

*/s/ Phillip Gray*
Phillip Gray, Pro Se

2018 OCT 15 AM 11:30

IN THE CIRCUIT COURT FOR THE FIFTH JUDICIAL CIRCUIT
IN AND FOR HERNANDO COUNTY, FLORIDA

CASE NO.   <u>2018-CA-1196</u>

PHILLIP GRAY,              )
  PLAINTIFF                )
     vs                    )
UBER, INC                  )
UNKNOWN INDIVIDUAL,        )
  RESPONDENTS              )

## COURT ORDER

Comes now the Court, having read the Plaintiffs Motion to Reconsider Indigent status, as determined by the Clerk, and being fully advised in this matter, hereby Denies said Motion.

The Clerk of the Court is hereby ordered to allow this case to be filed under A payment plan and the Plaintiff is hereby allowed to file this case paying the filing fees.

SO ORDERED this ___17___ day of ___Oct___, 2018

_____
Judge of the Circuit Court of Hernando County

cc: Phillip Gray

| | | |
|---|---|---|
| STATE OF FLORIDA | ) | IN THE HERNANDO COUNTY CIRCUIT COURT |
| | )ss: | |
| COUNTY OF HERNANDO | ) | CAUSE NO. __2018-CA-1196__ |

| | |
|---|---|
| PHILLIP GRAY | ) |
| PLAINTIFF | ) |
| vs | ) |
| UBER, INC. | ) |
| UNKNOWN INDIVIDUAL | ) |
| RESPONDENTS | ) |

## SUMMONS

## THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Respondent <u>Travis Kalanick Uber Corporate Office 1455 Market Street San Francisco, California </u>94103. Each Respondent is required to serve written defenses to the complaint or petition on <u>Phillip Gray</u>  Plaintiff Pro Se, whose address is <u>10105 Bannister St. Spring Hill, FL 34608</u>, within 20 days after service of this summons on that Respondent, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court whose address is <u>20 N. Main St. Brooksville, FL 34601</u> either before service on Plaintiff or immediately thereafter. If a Respondent fails to do so, a default will be entered against that Respondent for the relief demanded in the complaint or petition.

DATED on _Nov 05, 2018_

---

Don Barbee, Jr.
As Clerk of the Court
By: _Doniya Sanders_
As Deputy Clerk

**IN THE CIRCUIT/COUNTY COURT OF THE FIFTH JUDICIAL CIRCUIT**
**IN AND FOR HERNANDO COUNTY, FLORIDA**

# PAYMENT AGREEMENT

Case#:    18001196CAAXMX

**$25 Fee Due at Time of Agreement** (F.S. 28.24)

**Full Name:**  PHILLIP GRAY
**Address*:**   10105 BANNISTER STREET, SPRING HILL, FL 34608

Phone: 317-717-5179
Email Address: pwgray53@gmail.(
(please print)

**DOB:**       **DL#:**        **DL State:**        No DL ☐

*It is the defendant's responsibility to keep the Clerk's office informed of any changes to address or phone number.*

Monthly Income $ 4,162           Total Net Assets* $ 0

*Total net assets includes all bank accounts, stocks, bonds, collectibles, cars and non-homestead real property.*

Total Amount Owed including payment agreement fee $435.00

1st Payment ___$94.00___ due on Oct. 26, 2018___ and then **Minimum Monthly Payment $69.00**

due on the 26th day of each month thereafter until paid in full.

**Where do I make payments?**

Hernando County Clerk of Court
20 N. Main Street, Room 245
Brooksville, Fl 34601

**IMPORTANT** - Be sure to include your case number on every payment for proper posting.
Acceptable methods of payment are cash, check, money order, or credit cards.
Additional money included in the payment will go towards your balance but will not be applied to your next month's payment unless otherwise noted on your payment.   There is a fee for processing payments by credit card.

**What happens if I fail to make a payment?**

- Your account will be turned over to a collection agency who will add an additional fee of up to 40% of the total amount due.

I hereby swear or affirm that the information provided above is true and correct.  I agree to comply with the terms of this Payment Agreement.

_____
Defendant Signature

Sworn to and subscribed this ___26th___ day of ___October___, 20 18

_____
Deputy Clerk Signature

2018 OCT 26 PM 2:28

clericus-reports\Hern Custom\Clericus - PP Agreement

Print Date:    10/19/2018