UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHILLIP GRAY,

    Plaintiff,

v.                                                                     Case No: 8:18-cv-3093-T-30SPF

UBER, INC. and UNKNOWN
INDIVIDUAL,

    Defendants.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Sean P. Flynn (Dkt. 88). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed. Plaintiff Phillip Gray has sent the Court numerous e-mails (Dkts. 89-93) disparaging the Court and others but, upon review of these communications, they fail to argue a meritorious objection to the Magistrate Judge's Report and Recommendation.

Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is ORDERED AND ADJUDGED that:

1. The Report and Recommendation (Dkt. 88) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion to Appeal *In Forma Pauperis* (Dkt. 84) is denied for the reasons stated in the Report and Recommendation.

3. The Clerk of Court is directed to notify the parties and the Eleventh Circuit Court of Appeals that Plaintiff's appeal is not taken in good faith.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of December, 2020.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record